```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 06994
    BERT C ANDERSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-9778


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/18/2007 and was confirmed 06/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   9.00%.

     The case was dismissed after confirmation 10/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
--------------------------------------------------------------------------------
NOVASTAR MORTGAGE INC    CURRENT MORTG        .00             .00              .00
NOVASTAR MORTGAGE INC    MORTGAGE ARRE        .00             .00              .00
CITY OF HARVEY           SECURED           800.00             .00           800.00
MONTEREY FINANCIAL SERVI SECURED           250.00            9.97           250.00
MONTEREY FINANCIAL SERVI UNSECURED         350.00             .00              .00
MONTEREY COLLECTIONS     NOTICE ONLY    NOT FILED             .00              .00
SNAP ON CREDIT LLC       SECURED           557.16           66.40           557.16
IL STATE DISBURSEMENT UN NOTICE ONLY    NOT FILED             .00              .00
REGINA COOPER            NOTICE ONLY    NOT FILED             .00              .00
IL STATE DISBURSEMENT UN NOTICE ONLY    NOT FILED             .00              .00
ARONSON FURNITURE        NOTICE ONLY    NOT FILED             .00              .00
AT&T                     UNSECURED      NOT FILED             .00              .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED             .00              .00
OMNIUM WORLDWIDE         NOTICE ONLY    NOT FILED             .00              .00
CITY OF CHICAGO PARKING  UNSECURED         6440.00            .00              .00
CITY OF CHICAGO BUREAU O NOTICE ONLY    NOT FILED             .00              .00
JH STROGER HOSPITAL OF C UNSECURED      NOT FILED             .00              .00
DIRECTV                  UNSECURED      NOT FILED             .00              .00
DIRECTV INC              UNSECURED      NOT FILED             .00              .00
PREMIER BANKCARD         UNSECURED         212.01             .00              .00
MCI                      UNSECURED      NOT FILED             .00              .00
MICHAEL LAMBERT          UNSECURED         120.78             .00              .00
MID AMERICAN BANK        UNSECURED      NOT FILED             .00              .00
NICOR GAS                UNSECURED         200.00             .00              .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED             .00              .00
SAGE TELECOM INC         NOTICE ONLY    NOT FILED             .00              .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY       2,500.00                        1,418.24
TOM VAUGHN               TRUSTEE                                             248.23
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 06994 BERT C ANDERSON
```

```
                              RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       3,350.00

PRIORITY                                                     .00
SECURED                                                 1,607.16
   INTEREST                                                76.37
UNSECURED                                                    .00
ADMINISTRATIVE                                          1,418.24
TRUSTEE COMPENSATION                                      248.23
DEBTOR REFUND                                                .00
                           ---------------       ---------------
TOTALS                        3,350.00                  3,350.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 07 B 06994 BERT C ANDERSON